IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RLI INSURANCE COMPANY,

    *Plaintiff,*

v.

LIMA ARCHITECTS, LLC, ET AL.,

    *Defendants.*

Case No. 1:17-cv-1182-LO-MSN

## ORDER

This matter comes before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Michael S. Nachmanoff, dated August 28, 2018 (Dkt. 33). Defendants did not object to the R&R. The Court has reviewed the Complaint, Plaintiff's Motion for Default Judgment (Dkt. 26), and the supporting documents, and **ADOPTS** the findings and recommendations of Judge Nachmanoff.

Accordingly, for the reasons cited by Judge Nachmanoff and for good cause shown, Plaintiff's Motion for Default Judgment is **GRANTED**. The Clerk of Court is instructed to enter judgment pursuant to FED. R. CIV. P. 55 in favor of Plaintiff and finding that its Policy does not provide any form of liability coverage for the claims alleged in the TLE lawsuit.

September 17, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge